**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-01850-GMN-VCF |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KELLY BELANDER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has initiated a civil rights action pursuant to 42 U.S.C. § 1983. However, plaintiff has failed to submit a completed and signed financial certificate as required in order to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. As a result, the Court will deny the application. Plaintiff will be given time to obtain and submit the necessary financial certificate. If he fails to do so in the time allowed, the matter shall be dismissed.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Plaintiff shall have **thirty** (30) days in which to either submit a complete in forma pauperis application, or pay the full $350.00 filing fee. If plaintiff does neither of these things, this action may be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** Petitioner the approved

1  form for an Application to Proceed In Forma Pauperis by a prisoner filing a § 1983 civil rights
2  lawsuit.

4　　　　　　　DATED this 18th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE